## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:              Travers v. Flight Services & Systems, Inc.

District Court Number:     11cv10175-RGS

Fee:    Paid?   Yes _____   No _X_   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending        Yes _____ No _X_          Sealed documents      Yes _____ No _X_
*If yes, document #*    _____          *If yes, document #*   _____

*Ex parte* documents   Yes _____ No _X_          Transcripts           Yes _X_ No _____
*If yes, document #*    _____          *If yes, document #*   49,116,136-139,141-145,176

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _X_   Other: _____

Appeal from:

## #204 Third Amended Judgment

Other information:

(ECF No. 205 is a Subsequent Notice of Appeal)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #204 and #205

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _205_ filed on _August 18, 2014_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _September 2, 2014_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:11–cv–10175–RGS

Travers v. Flight Services &Systems, Inc.
Assigned to: Judge Richard G. Stearns
related Case: 1:08–cv–10730–GAO
Case in other court:  USCA, 13–01438
                      USCA, 14–01745
                      USCA, 14–01756
Cause: 28:1331 Fed. Question: Fair Labor Standards

Date Filed: 01/31/2011
Date Terminated: 03/07/2014
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Travers**                                     represented by   **Shannon E. Liss–Riordan**
                                                                        Lichten &Liss–Riordan, P.C.
                                                                        100 Cambridge Street
                                                                        20th Floor
                                                                        Boston, MA 02114
                                                                        617–994–5800
                                                                        Fax: 617–994–5801
                                                                        Email: sliss@llrlaw.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Brant Casavant**
                                                                        Fair Work P.C.
                                                                        192 South Street
                                                                        Suite 450
                                                                        Boston, MA 02111
                                                                        617–231–6777
                                                                        Fax: 617–488–2261
                                                                        Email: brant@fairworklaw.com
                                                                        *TERMINATED: 01/16/2014*
                                                                        *PRO HAC VICE*

                                                                        **Elizabeth A. Tully**
                                                                        Justice at Work
                                                                        Suite 400
                                                                        192 South Street
                                                                        Boston, MA 02111
                                                                        857–237–0984
                                                                        Email: etully@jatwork.org
                                                                        *TERMINATED: 04/16/2014*

                                                                        **Hillary A. Schwab**
                                                                        Fair Work, P.C.
                                                                        450, 4th Floor
                                                                        192 South Street
                                                                        Boston, MA 02111

1

617–607–3260
Email: hillary@fairworklaw.com
*TERMINATED: 01/16/2014*

**John E. Duke**
Lichten &Liss–Riordan, P.C.
100 Cambridge Street
20th Floor
Boston, MA 02114
(617–994–5800
Email: jduke@llrlaw.com
*TERMINATED: 07/02/2014*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Flight Services &Systems, Inc.**          represented by   **Jeffrey M. Rosin**
Constancy, Brooks &Smith LLP
Suite 902
535 Boylston Street
Boston, MA 02116
617–849–7882
Fax: 617–849–7872
Email: jrosin@constangy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Pardo**
Constancy, Brooks &Smith, LLP
535 Boylston Street
Suite 902
Boston, MA 02116
617–849–7884
Email: cpardo@constangy.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|------------|---|------|-------------|
| 01/31/2011 | 1 | | COMPLAINT against All Defendants Filing fee: $ 350, receipt number 0101–3250972 (Fee Status: Filing Fee paid), filed by Joseph Travers. (Attachments: # 1 Civil Cover Sheet, # 2 Category Sheet)(Liss–Riordan, Shannon) (Entered: 01/31/2011) |
| 01/31/2011 | | | ELECTRONIC NOTICE of Case Assignment. Judge George A. OToole, Jr assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Marianne B. Bowler. (Cummings, Mary) (Entered: 01/31/2011) |
| 01/31/2011 | 2 | | |

|  |  |  | Summons Issued as to Flight Services &Systems, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Cummings, Mary) (Entered: 01/31/2011) |
|---|---|---|---|
| 03/17/2011 | 3 |  | SUMMONS Returned Executed Flight Services &Systems, Inc. served on 3/1/2011, answer due 3/22/2011. (Liss–Riordan, Shannon) (Entered: 03/17/2011) |
| 03/22/2011 | 4 |  | *Verified* ANSWER to 1 Complaint *and Affirmative Defenses* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Rosin, Jeffrey) (Entered: 03/22/2011) |
| 03/22/2011 | 5 |  | MOTION for Judgment on the Pleadings *with Incorporated Memorandum of Law* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 03/22/2011) |
| 03/22/2011 | 6 |  | MOTION to Strike 1 Complaint *(Motion to Strike Apparent Class Allegations with Incorporated Memorandum of Law)* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 03/22/2011) |
| 04/01/2011 | 7 |  | Assented to MOTION for Extension of Time to 04/12/2011 to Respond to Defendant's Motion for Judgment on the Pleadings and Motion to Strike by Joseph Travers.(Schwab, Hillary) (Entered: 04/01/2011) |
| 04/04/2011 |  |  | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 7 Motion for Extension of Time (Danieli, Chris) (Entered: 04/04/2011) |
| 04/04/2011 |  |  | Reset Deadlines as to 5 MOTION for Judgment on the Pleadings *with Incorporated Memorandum of Law,* 6 MOTION to Strike 1 Complaint *(Motion to Strike Apparent Class Allegations with Incorporated Memorandum of Law).* Responses due by 4/12/2011 (Danieli, Chris) (Entered: 04/04/2011) |
| 04/12/2011 | 8 |  | Assented to MOTION for Extension of Time to 04/22/2011 to File Responses to Defendant's Motion for Judgment on the Pleadings and Motion to Strike by Joseph Travers.(Schwab, Hillary) (Entered: 04/12/2011) |
| 04/12/2011 |  |  | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 8 Motion for Extension of Time (Danieli, Chris) (Entered: 04/12/2011) |
| 04/12/2011 |  |  | Reset Deadlines as to 5 MOTION for Judgment on the Pleadings *with Incorporated Memorandum of Law.* Responses due by 4/22/2011 (Danieli, Chris) (Entered: 04/12/2011) |
| 04/22/2011 | 9 |  | Opposition re 5 MOTION for Judgment on the Pleadings *with Incorporated Memorandum of Law* filed by Joseph Travers. (Attachments: # 1 Exhibit 1)(Schwab, Hillary) (Entered: 04/22/2011) |
| 04/22/2011 | 10 |  | Opposition re 6 MOTION to Strike 1 Complaint *(Motion to Strike Apparent Class Allegations with Incorporated Memorandum of Law)* filed by Joseph Travers. (Schwab, Hillary) (Entered: 04/22/2011) |

| 04/26/2011 | 11 | | Withdrawal of Motion by Flight Services &Systems, Inc. : 6 MOTION to Strike 1 Complaint *(Motion to Strike Apparent Class Allegations with Incorporated Memorandum of Law) (Notice of Withdrawal of Motion to Strike)* (Attachments: # 1 Exhibit A)(Rosin, Jeffrey) Modified on 5/6/2011 to update the docket text to reflect the correct filing event as a Withdrawal of a Motion(Danieli, Chris). (Entered: 04/26/2011) |
| 04/26/2011 | 12 | | Assented to MOTION for Leave to File *Reply in Further Support of Motion for Judgment on the Pleadings* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A)(Rosin, Jeffrey) Modified on 8/8/2011 (Lyness, Paul). (Entered: 04/26/2011) |
| 04/26/2011 | 13 | | MOTION for Sanctions *Pursuant to Fed. R. Civ. P. 11(c)* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A)(Rosin, Jeffrey) (Entered: 04/26/2011) |
| 04/28/2011 | 14 | | MOTION for Sanctions by Joseph Travers.(Schwab, Hillary) (Entered: 04/28/2011) |
| 05/03/2011 | 15 | | Assented to MOTION for Extension of Time to May 20, 2011 to File Response/Reply as to 13 MOTION for Sanctions *Pursuant to Fed. R. Civ. P. 11(c)* by Joseph Travers.(Schwab, Hillary) (Entered: 05/03/2011) |
| 05/04/2011 | | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 15 Motion for Extension of Time to File Response/Reply re 13 MOTION for Sanctions *Pursuant to Fed. R. Civ. P. 11(c)* Responses due by 5/20/2011 (Danieli, Chris) (Entered: 05/04/2011) |
| 05/12/2011 | 16 | | Opposition re 14 MOTION for Sanctions filed by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 05/12/2011) |
| 05/20/2011 | 17 | | Opposition re 13 MOTION for Sanctions *Pursuant to Fed. R. Civ. P. 11(c)* filed by Joseph Travers. (Attachments: # 1 Exhibit 1)(Schwab, Hillary) (Entered: 05/20/2011) |
| 05/20/2011 | 18 | | NOTICE by Joseph Travers *of Supplemental Exhibit* (Attachments: # 1 Exhibit 1)(Schwab, Hillary) (Entered: 05/20/2011) |
| 07/21/2011 | 19 | | NOTICE of Scheduling Conference Scheduling Conference set for 8/8/2011 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 07/21/2011) |
| 07/27/2011 | 20 | | CERTIFICATION pursuant to Local Rule 16.1 . (Casavant, Brant) (Entered: 07/27/2011) |
| 08/05/2011 | 21 | | CERTIFICATION pursuant to Local Rule 16.1 . (Rosin, Jeffrey) (Entered: 08/05/2011) |
| 08/05/2011 | 22 | | JOINT STATEMENT of counsel. (Schwab, Hillary) (Entered: 08/05/2011) |
| 08/05/2011 | 23 | | MOTION to Consolidate Cases *for Trial and Memorandum in Support Thereof* by Joseph Travers.(Schwab, Hillary) (Entered: 08/05/2011) |
| 08/08/2011 | 24 | | Notice of Supplemental Authorities re 13 MOTION for Sanctions *Pursuant to Fed. R. Civ. P. 11(c)*, 5 MOTION for Judgment on the Pleadings *with Incorporated Memorandum of Law* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rosin, Jeffrey) (Entered: 08/08/2011) |

| 08/08/2011 | | | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Scheduling Conference held on 8/8/2011, ( Status Conference set for 1/9/2012 02:00 PM in Courtroom 9 before Judge George A. OToole Jr..), ( Fact Discovery to be completed by 1/31/2012). Motion to consolidate is DENIED. Motion for sanctions 13 14 is DENIED. Motion for judgment on the pleadings 5 DENIED. Motions terminated: 23 MOTION to Consolidate Cases *for Trial and Memorandum in Support Thereof* filed by Joseph Travers, 14 MOTION for Sanctions filed by Joseph Travers, 13 MOTION for Sanctions *Pursuant to Fed. R. Civ. P. 11(c)* filed by Flight Services &Systems, Inc., 5 MOTION for Judgment on the Pleadings *with Incorporated Memorandum of Law* filed by Flight Services &Systems, Inc.. (Court Reporter: Marcia Patrisso at 617–737–8728.)(Attorneys present: For Plaintiff: Hillary Schwab, Brant Casavant; For Defendant: Jeff Rosin, Christopher Pardo) (Lyness, Paul) (Entered: 08/08/2011) |
| 01/09/2012 | | | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Status Conference held on 1/9/2012, ( Deposition Discovery to be completed by 2/28/2012). (Court Reporter: Marcia Patrisso at 617–737–8728.)(Attorneys present: For Plaintiff: Hillary Schwab; For Defendant: Jeffrey Rosin, Chris Pardo) (Lyness, Paul) (Entered: 01/11/2012) |
| 05/10/2012 | | | ELECTRONIC NOTICE of Hearing. Status Conference set for 7/2/2012 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 05/10/2012) |
| 05/11/2012 | | | ELECTRONIC NOTICE OF RESCHEDULING Status Conference set for 7/16/2012 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. Please make the change in your calendars. (Lyness, Paul) (Entered: 05/11/2012) |
| 07/13/2012 | 25 | | Joint MOTION to Continue Status Conference to Date Convenient For Court *Upon Full Briefing of Summary Judgment* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 07/13/2012) |
| 07/13/2012 | | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 25 Motion to Continue Status Conference set for 8/13/2012 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. Please make the change in your calendars. (Lyness, Paul) (Entered: 07/13/2012) |
| 07/13/2012 | 26 | | MOTION for Summary Judgment *with Incorporated Memorandum of Law* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 07/13/2012) |
| 07/13/2012 | 27 | | Statement of Material Facts L.R. 56.1 re 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* filed by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 07/13/2012) |
| 07/13/2012 | 28 | | AFFIDAVIT of Jeffrey M. Rosin in Support re 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* filed by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Rosin, Jeffrey) (Entered: 07/13/2012) |

| 07/26/2012 | 29 | | Assented to MOTION for Extension of Time to 08/31/2012 to File Response/Reply as to 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* by Joseph Travers.(Casavant, Brant) (Entered: 07/26/2012) |
|---|---|---|---|
| 07/26/2012 | | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 29 Motion for Extension of Time to File Response/Reply re 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* Responses due by 8/31/2012 (Danieli, Chris) (Entered: 07/26/2012) |
| 08/13/2012 | 30 | | ELECTRONIC NOTICE Canceling Hearing. The status conference set for 2:00 on 8/13/12 is being cancelled. No appearance is required by the parties. (Lyness, Paul) (Entered: 08/13/2012) |
| 08/31/2012 | 31 | | Opposition re 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* filed by Joseph Travers. (Schwab, Hillary) (Entered: 08/31/2012) |
| 08/31/2012 | 32 | | Statement of Material Facts L.R. 56.1 re 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* filed by Joseph Travers. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18, # 19 Exhibit Exhibit 19, # 20 Exhibit Exhibit 20, # 21 Exhibit Exhibit 21, # 22 Exhibit Exhibit 22)(Schwab, Hillary) (Entered: 08/31/2012) |
| 09/05/2012 | 33 | | Assented to MOTION for Leave to File *Reply In Further Support of Summary Judgment* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 09/05/2012) |
| 09/05/2012 | 34 | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 33 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Lyness, Paul) (Entered: 09/05/2012) |
| 09/13/2012 | 35 | | REPLY to Response to 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law*, 33 Assented to MOTION for Leave to File *Reply In Further Support of Summary Judgment* filed by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit Tabs A–E)(Rosin, Jeffrey) (Entered: 09/13/2012) |
| 10/16/2012 | 36 | | ELECTRONIC NOTICE Setting Hearing on Motion 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* : Motion Hearing set for 12/5/2012 02:30 PM in Courtroom 9 before Judge George A. OToole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 10/16/2012) |
| 11/14/2012 | 37 | | ELECTRONIC NOTICE Resetting Hearing on Motion 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* : Motion Hearing set for 12/5/2012 09:30 AM in Courtroom 9 before Judge George |

| | | | |
|---|---|---|---|
| | | | A. OToole Jr.. Please make the change in your calendars.(Lyness, Paul) (Entered: 11/14/2012) |
| 12/05/2012 | 38 | | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Motion Hearing held on 12/5/2012 re 26 MOTION for Summary Judgment *with Incorporated Memorandum of Law* filed by Flight Services &Systems, Inc. The court takes the matter under advisement. ( Final Pretrial Conference set for 3/7/2013 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.., Jury Trial set for 3/18/2013 09:00 AM in Courtroom 9 before Judge George A. OToole Jr..). (Court Reporter: Valerie OHara at vaohara@gmail.com.)(Attorneys present: For Plaintiff: Brant Casavant, Hillary Schwab; For Defendant: Jeffrey Rosin, Christopher Pardo) (Lyness, Paul) (Entered: 12/05/2012) |
| 03/04/2013 | 39 | | PRETRIAL MEMORANDUM by Flight Services &Systems, Inc., Joseph Travers. (Schwab, Hillary) (Entered: 03/04/2013) |
| 03/07/2013 | 40 | | Judge George A. OToole, Jr: OPINION AND ORDER entered granting 26 Motion for Summary Judgment (Lyness, Paul) (Entered: 03/07/2013) |
| 03/07/2013 | 41 | | ELECTRONIC NOTICE Canceling Hearing. In light of the Opinion and Order granting summary judgment for defendant, the final pre trial conference and the jury trial are cancelled. (Lyness, Paul) (Entered: 03/07/2013) |
| 03/07/2013 | 42 | | Judge George A. OToole, Jr: ORDER entered. JUDGMENT (Lyness, Paul) (Entered: 03/07/2013) |
| 03/15/2013 | 43 | | NOTICE OF APPEAL as to 42 Judgment, 40 Order on Motion for Summary Judgment by Joseph Travers Filing fee: $ 455, receipt number 0101–4364864 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm. US District Court Clerk to deliver official record to Court of Appeals by 4/4/2013. (Schwab, Hillary) (Entered: 03/15/2013)** |
| 04/08/2013 | 44 | | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 43 Notice of Appeal (Paine, Matthew) (Entered: 04/08/2013) |
| 04/08/2013 | 45 | | BILL OF COSTS by Flight Services &Systems, Inc.. (Attachments: # 1 Affidavit Affidavit of Jeffrey M. Rosin in Support of Bill of Costs)(Rosin, Jeffrey) (Entered: 04/08/2013) |
| 04/09/2013 | 46 | | USCA Case Number 13–1438 for 43 Notice of Appeal filed by Joseph Travers. (Paine, Matthew) (Entered: 04/09/2013) |
| 04/10/2013 | 47 | | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to Valerie OHara re 43 Notice of Appeal,,, Transcript ordered: 12/5/12 Summary Judgment Hearing. Transcript due by 6/10/2013. |

| | | | |
|---|---|---|---|
| | | | (Scalfani, Deborah) (Entered: 04/10/2013) |
| 04/18/2013 | 48 | | MOTION for Disallowance of Bill of Costs re 45 Bill of Costs by Joseph Travers. (Attachments: # 1 Exhibit A)(Schwab, Hillary) (Entered: 04/18/2013) |
| 05/16/2013 | 49 | | Transcript of Motion Hearing held on December 5, 2012, before Judge George A. OToole. COA Case No. 13–1438. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Valerie OHara at vaohara@gmail.com Redaction Request due 6/6/2013. Redacted Transcript Deadline set for 6/17/2013. Release of Transcript Restriction set for 8/14/2013. (Scalfani, Deborah) (Entered: 05/16/2013) |
| 05/16/2013 | 50 | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general–info.htm (Scalfani, Deborah) (Entered: 05/16/2013) |
| 05/24/2013 | 51 | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered denying 48 Motion (Lyness, Paul) (Entered: 05/24/2013) |
| 05/24/2013 | 52 | | Costs Taxed in amount of $ $2,535.24 against Joseph Travers (Lyness, Paul) (Entered: 05/24/2013) |
| 12/12/2013 | 54 | | OPINION of USCA as to 43 Notice of Appeal filed by Joseph Travers. We therefore vacate the district court's grant of summary judgment to Flight Services, and we remand to the district court for further proceedings consistent with this opinion. We award no costs. So ordered. (Paine, Matthew) (Entered: 12/12/2013) |
| 12/12/2013 | 55 | | USCA Judgment as to 43 Notice of Appeal filed by Joseph Travers. The district court's grant of summary judgment to Flight Services &Systems, Inc., is vacated, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. We award no costs. (Paine, Matthew) (Entered: 12/12/2013) |
| 01/06/2014 | 56 | | MANDATE of USCA as to 43 Notice of Appeal filed by Joseph Travers. Appeal 43 Terminated (Paine, Matthew) (Entered: 01/07/2014) |
| 01/08/2014 | 57 | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. Pursuant to Local Rule 40.1(K)(2), I direct the Clerk to reassign this case randomly to another district judge.(Danieli, Chris) (Entered: 01/08/2014) |
| 01/08/2014 | 58 | | ELECTRONIC NOTICE of Reassignment. Judge Richard G. Stearns added. Judge George A. OToole, Jr no longer assigned to case. (Abaid, Kimberly) (Entered: 01/08/2014) |
| 01/08/2014 | 59 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered. Each side shall file, on or before, 1/17/14, an informed estimate of the probable length of the trial inclusive of cross examination, but exclusive of openings and closings based on a trial schedule of 9:00 a.m. to 4:00 p.m. on Monday and 9:00 a.m. to 1:00 p.m. Tuesday– Friday. (Seelye, Terri) (Entered: 01/08/2014) |

| 01/08/2014 | 60 | | Case Reopened per 56 (Duong, Diep) (Entered: 01/08/2014) |
|---|---|---|---|
| 01/08/2014 | 61 | | Judge Richard G. Stearns: ORDER entered. PROCEDURAL ORDER re pretrial/trial. Final Pretrial Conference set for 2/28/2014 at 3:00 PM and Jury Trial set for 3/3/2014 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Jury Trial set for 3/3/14 from 9:00 AM to 4:00 PM and 3/4/2014–3/7/2014 from 9:00 AM to 1:00 PM)(Seelye, Terri) (Entered: 01/08/2014) |
| 01/09/2014 | 62 | | NOTICE of Appearance by Elizabeth A. Tully on behalf of Joseph Travers (Tully, Elizabeth) (Entered: 01/09/2014) |
| 01/16/2014 | 63 | | NOTICE by Joseph Travers *of Estimate of Length of Trial* (Liss–Riordan, Shannon) (Entered: 01/16/2014) |
| 01/16/2014 | 64 | | NOTICE of Withdrawal of Appearance by Hillary A. Schwab (Schwab, Hillary) (Entered: 01/16/2014) |
| 01/16/2014 | 65 | | NOTICE of Withdrawal of Appearance by Brant Casavant (Casavant, Brant) (Entered: 01/16/2014) |
| 01/17/2014 | 66 | | NOTICE by Flight Services &Systems, Inc. *of Estimate Length of Trial* (Rosin, Jeffrey) (Entered: 01/17/2014) |
| 02/17/2014 | 67 | | Emergency MOTION to Allow Trial Deposition of Robert Nichols by Joseph Travers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liss–Riordan, Shannon) (Entered: 02/17/2014) |
| 02/20/2014 | 68 | | Opposition re 67 Emergency MOTION to Allow Trial Deposition of Robert Nichols filed by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Rosin, Jeffrey) (Entered: 02/20/2014) |
| 02/21/2014 | 69 | | REPLY to Response to 67 Emergency MOTION to Allow Trial Deposition of Robert Nichols filed by Joseph Travers. (Attachments: # 1 Exhibit 1)(Liss–Riordan, Shannon) (Entered: 02/21/2014) |
| 02/21/2014 | 70 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered denying 67 Motion Emergency Motion to Allow and Admit Trial Deposition of Robert Nichols. Discovery has closed, and plaintiff could have, but chose not to depose the witness in the ordinary course of discovery. The case is now scheduled for trial to commence on March 3, 2014, after the mandate has issued from the Court of Appeals. The court will not, at this point, reopen discovery. (Zierk, Marsha) (Entered: 02/21/2014) |
| 02/24/2014 | 71 | | *Plaintiff's* Witness List by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 02/24/2014) |
| 02/24/2014 | 72 | | MOTION in Limine *TO EXCLUDE EVIDENCE REGARDING EMPLOYEES WHO WERE TERMINATED AFTER PLAINTIFF* by Joseph Travers.(Liss–Riordan, Shannon) (Entered: 02/24/2014) |
| 02/24/2014 | 73 | | NOTICE by Joseph Travers *of Plaintiff's Deposition Designations* (Liss–Riordan, Shannon) (Entered: 02/24/2014) |
| 02/24/2014 | 74 | | Proposed Jury Instructions by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 02/24/2014) |

| 02/24/2014 | 75 | | Proposed Jury Verdict by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 02/24/2014) |
|---|---|---|---|
| 02/24/2014 | 76 | | Proposed Voir Dire by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 02/24/2014) |
| 02/24/2014 | 77 | | Proposed Document(s) submitted by Joseph Travers. Document received: SUCCINCT AND NEUTRAL STATEMENT TO BE READ TO THE VENIRE DURING EMPANELMENT. (Liss–Riordan, Shannon) (Entered: 02/24/2014) |
| 02/24/2014 | 78 | | MOTION in Limine *TO ALLOW ROBERT NICHOLS TO TESTIFY AT TRIAL BY VIDEOCONFERENCE* by Joseph Travers.(Liss–Riordan, Shannon) (Entered: 02/24/2014) |
| 02/24/2014 | 79 | | *Joint* Exhibit List by Joseph Travers.. (Liss–Riordan, Shannon) (Entered: 02/24/2014) |
| 02/24/2014 | 80 | | Proposed Jury Instructions by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 81 | | Proposed Jury Verdict by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 82 | | Proposed Voir Dire by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 83 | | Objection by Joseph Travers *TO DEFENDANTS DEPOSITION DESIGNATIONS*. (Liss–Riordan, Shannon) (Entered: 02/24/2014) |
| 02/24/2014 | 84 | | PRETRIAL MEMORANDUM by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 85 | | Proposed Document(s) submitted by Flight Services &Systems, Inc.. Document received: (Defendant FSS's Proposed Statement for Venire). (Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 86 | | Witness List by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 87 | | NOTICE by Flight Services &Systems, Inc. *(Defendant FSS's List of Proposed Deposition Designations)* (Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 88 | | NOTICE by Flight Services &Systems, Inc. *(Defendant FSS's Objections to Plaintiff's Deposition Designations and Counter–Designations to Certain of Plaintiff's Designations)* (Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 89 | | MOTION in Limine *to Preclude Certain Evidence Regarding Plaintiff's Past Lawsuit Against FSS and All Mention of Plaintiff's Counsel's Unrelated Lawsuits Against Other Airlines* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rosin, Jeffrey) (Entered: 02/24/2014) |
| 02/24/2014 | 90 | | MOTION in Limine *to Preclude the Affidavit of Robert Nichols* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Rosin, Jeffrey) (Entered: 02/24/2014) |

10

| 02/24/2014 | 91 | | MOTION in Limine *to Preclude Erik Maltby from Testifying at Trial* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rosin, Jeffrey) (Entered: 02/24/2014) |
|---|---|---|---|
| 02/25/2014 | 92 | | NOTICE: Counsel shall submit all proposed exhibits on a DVD–R or CD on or before Thursday, February 27, 2014 to the attention of the Courtroom Clerk. The clerks office may not accept flash/thumb drives. All exhibits must be on a CD or DVD. re 61 Please read the attached instructions. (Seelye, Terri) (Entered: 02/25/2014) |
| 02/25/2014 | 93 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered re: #88 – Flight Services and Systems, Inc.'s Objections to Plaintiffs' Deposition Designations. Defendant is ordered to submit a hard–copy to the court of the actual testimony or interrogatory responses to which it objects by 4:00 PM on Thursday, February 27, 2014, in the following format:1. For any testimony to which Defendant objects, submit a copy of the entire portion of such testimony that Plaintiff seeks to have admitted at trial and include one page before and one page after the beginning and end of each portion of proffered testimony.2. Highlight the proffered testimony in YELLOW highlighter and highlight any objected–to portions in PINK highlighter.3. Indicate in the margin next to each objected–to portion the basis for such objection.4. Mark each portion with a sticky–tab identifying the highlighted testimony by date, name of witness, and type of submission (deposition testimony, trial testimony, or interrogatory).Submit the hard copies to Terri Seelye at the clerk's office.(Zierk, Marsha)(Zierk, Marsha) (Entered: 02/25/2014) |
| 02/25/2014 | 94 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting insofar as plaintiff can induce Robert Nichols voluntarily to testify, as this court has no subpoena power over him. See Fed. R. Civ. P. 45(c)(1)(A) ("A subpoena may command a personto attend a trial... within 100 miles of where the person resides, is employed, or regularly transacts business in person."). (Zierk, Marsha) (Entered: 02/25/2014) |
| 02/27/2014 | 95 | | Objection to 80 Proposed Jury Instructions by Joseph Travers . (Liss–Riordan, Shannon) (Entered: 02/27/2014) |
| 02/27/2014 | 96 | | *Amended* Exhibit List by Flight Services &Systems, Inc... (Rosin, Jeffrey) (Entered: 02/27/2014) |
| 02/27/2014 | 97 | | Amended Proposed Jury Instructions by Flight Services &Systems, Inc.. (Pardo, Christopher) (Entered: 02/27/2014) |
| 02/27/2014 | 98 | | Opposition re 72 MOTION in Limine *TO EXCLUDE EVIDENCE REGARDING EMPLOYEES WHO WERE TERMINATED AFTER PLAINTIFF* filed by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 02/27/2014) |
| 02/27/2014 | 99 | | Opposition re 91 MOTION in Limine *to Preclude Erik Maltby from Testifying at Trial* filed by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 02/27/2014) |
| 02/27/2014 | 100 | | Opposition re 90 MOTION in Limine *to Preclude the Affidavit of Robert Nichols* filed by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 02/27/2014) |

| 02/28/2014 | 101 | | Opposition re 89 MOTION in Limine *to Preclude Certain Evidence Regarding Plaintiff's Past Lawsuit Against FSS and All Mention of Plaintiff's Counsel's Unrelated Lawsuits Against Other Airlines* filed by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 02/28/2014) |
| --- | --- | --- | --- |
| 02/28/2014 | 102 | | Proposed Document(s) submitted by Joseph Travers. Document received: Proposed Statement to Be Read to the Jury Regarding Underlying Case and Related Skycaps Cases. (Attachments: # 1 Exhibit A)(Liss–Riordan, Shannon) (Entered: 02/28/2014) |
| 02/28/2014 | 103 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting in part and denying in part 72 Motion in Limine to exclude evidence regarding employees who were terminated after plaintiff – granting as to 2014 termination, but denied as to the November 2011 termination; granting 90 Motion in Limine to preclude Nichols Affidavit; granting 91 Motion in Limine to preclude Maltby from testifying at trial. (Zierk, Marsha) (Entered: 02/28/2014) |
| 03/02/2014 | 104 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting in part and denying in part 89 Motion in Limine to Preclude Certain evidence regarding Plaintiff's Past Lawsuit Against FSS and all mention of Plaintiff's counsel's unrelated lawsuits against other airlines. The court will explain to the jury the general theory of the case brought against Jet Blue and FSS in which Travers figured as plaintiff; that FSS was part of the lawsuit because it was the Jet Blue contractor that employed Travers; that the cases were brought under a Massachusetts state law that protects employees whose wages are dependent in part on customer gratuities or tips; that at the heart of the lawsuit was a dispute over whether a $2 per bag fee charged by Jet Blue for curbside check–in should be treated as income to the airline or be retained by Travers and other skycaps as tip income; that the merits of the dispute are not at issue here, as in May of 2011, in a related matter, the federal Court of Appeals ruled that only Congress, and not the Massachusetts Legislature, had the power to regulate the fee versus tips issue and that Congress to date has elected not to exercise that authority; and that moreover, the issue to be tried in this case is whether Travers was terminated by FSS for violating its policy against soliciting tips from customers, as it claims, or as retaliation for initiating the original litigation, as Travers claims, an issue on which the merits of the underlying litigation have no bearing. Notwithstanding, the court deems as irrelevant or prejudicial evidence about the lawsuit against American and other airlines, the jury's award in DiFiore, the certification by the federal district court of national class action, and the affirmance by the Supreme Judicial Court. Travers will be permitted within the bounds of the Rules of Evidence to testify as to his role in bringing the underlying lawsuit and his attempts to persuade co–workers to join or persist in the lawsuit, and any direct communications that he personally received from senior management expressing disapproval of his involvement in the litigation (which might include the statement attributed to Nichols that is cited in the First Circuit's December opinion at Travers v. Flight Serv. &Sys., Inc., 737 F.3d 144 (1st Cir. 2013), if it was made prior to Nichols' own termination and if Travers can show that Nichols was a senior enough figure at FSS for his statement to be admissible under Fed. R. Evid. 801(d)(2)(D). (Zierk, Marsha) (Entered: 03/02/2014) |

| 03/02/2014 | 105 | MOTION in Limine *to Preclude Evidence Regarding Employees Who Were Terminated for Tip Solicitation Who Are Not Similarly Situated to Plaintiff* by Joseph Travers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Liss–Riordan, Shannon) (Entered: 03/02/2014) |
| --- | --- | --- |
| 03/02/2014 | 106 | Opposition re 105 MOTION in Limine *to Preclude Evidence Regarding Employees Who Were Terminated for Tip Solicitation Who Are Not Similarly Situated to Plaintiff* filed by Flight Services &Systems, Inc.. (Pardo, Christopher) (Entered: 03/02/2014) |
| 03/02/2014 | 107 | MOTION in Limine *to Preclude Plaintiff From Making Any Proffer in Opening Statements About What Plaintiff May Claim Robert Nichols May Have Said to Him About Robert A. Weitzel, Sr.'s Supposed Comments* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Pardo, Christopher) (Entered: 03/02/2014) |
| 03/03/2014 | 108 | Opposition re 107 MOTION in Limine *to Preclude Plaintiff From Making Any Proffer in Opening Statements About What Plaintiff May Claim Robert Nichols May Have Said to Him About Robert A. Weitzel, Sr.'s Supposed Comments* filed by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 03/03/2014) |
| 03/03/2014 | 109 | Judge Richard G. Stearns: ELECTRONIC ORDER entered denying 105 Motion in Limine to Preclude Evidence Regarding Employees who were terminated for tip solicitation. DENIED as untimely, and in any event, a matter for the jury. (Zierk, Marsha) (Entered: 03/03/2014) |
| 03/03/2014 | 110 | Judge Richard G. Stearns: ELECTRONIC ORDER entered denying 107 Motion in Limine to Preclude Plaintiff from making proffer in Opening Statements. DENIED as untimely and, in any event, the court has already ruled that this is NOT a subject to be broached in opening statements. (Zierk, Marsha) (Entered: 03/03/2014) |
| 03/03/2014 | 111 | ELECTRONIC Clerk's Notes for proceedings held before Judge Richard G. Stearns: Jury Trial Day One held on 3/3/2014. Jury selection; Jury of 8 selected; Jury Instructions; Opening statements; Plaintiff calls WT1– Jing Wei; Plaintiff's Exhibits admitted: 1, 2, 3; Plaintiff calls WT2 Joseph Travers; Defendant's Exhibits admitted 4, 5, 6; Jurors excused at 3:16 PM; Trial to resume 3/4/13 at 9:00 AM. (Court Reporter: James Gibbons at jmsgibbons@yahoo.com)(Attorneys present: Riordan, Tully; Rosin, Pardo) (Seelye, Terri) Modified text on 3/4/2014 (Seelye, Terri). (Entered: 03/03/2014) |
| 03/04/2014 | 112 | ELECTRONIC Clerk's Notes for proceedings held before Judge Richard G. Stearns: Jury Trial Day Two held on 3/4/2014. Resume with testimony of Joseph Travers; Exhibits 7 and 8 admitted; Plaintiff calls Wt3 Laurence McLarty; Exhibit 9 admitted; Plaintiff calls John Cardinale Wt4; Exhibit 10 (III, JJJ, KKK, LLL, MMM), Exhibit 11 (H, I, J, OO, PP, QQ, RR, UU) &Exhibit 12 admitted; Plaintiff calls Wt5 Ezequias Paz; Jurors excused for the day at 1:03; trial to resume at 9:00 AM on 3/5/14. (Court Reporter: Debra Joyce at joycedebra@gmail.com)(Attorneys present: Riordan, Tully; Rosin, Pardo) (Seelye, Terri) Modified text on 3/6/2014 (Seelye, Terri). (Entered: 03/04/2014) |
| 03/04/2014 | 113 | |

| | | | |
|---|---|---|---|
| | | | MOTION to Exclude the Deposition Testimony of Lisa Varotsis by Joseph Travers. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liss–Riordan, Shannon) (Entered: 03/04/2014) |
| 03/04/2014 | 114 | | Opposition re 113 MOTION to Exclude the Deposition Testimony of Lisa Varotsis *(Defendant's Notice of Intention to Read Deposition Transcript of Lisa Varotsis Into Trial Record and Opposition to Plaintiff's Motion to Preclude Defendant From Doing So)* filed by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit 1 (Affidavit of Jeffrey M. Rosin))(Rosin, Jeffrey) (Entered: 03/04/2014) |
| 03/04/2014 | 115 | | MOTION for Reconsideration *of this Court's Ruling on the Admissibility of Defendant's Proposed Exhibit SS or for Alternative Relief if That Ruling is Not Reconsidered* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 03/04/2014) |
| 03/05/2014 | 116 | | Transcript of Jury Trial Day Two held on March 4, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Debra Joyce at joycedebra@gmail.com Redaction Request due 3/26/2014. Redacted Transcript Deadline set for 4/7/2014. Release of Transcript Restriction set for 6/3/2014. (Scalfani, Deborah) (Entered: 03/05/2014) |
| 03/05/2014 | 117 | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general–info.htm (Scalfani, Deborah) (Entered: 03/05/2014) |
| 03/05/2014 | 118 | | Judge Richard G. Stearns: ENDORSED ORDER entered denying 113 Motion to Exclude the Deposition Testimony of Lisa Varotsis. Relying on defendant's counsels' representations of the efforts made to subpoena Ms. Varotsis and her evident unwillingness to appear as a witness for defendant, as well as her apparent location outside the 100 mile reach of the Court, I am satisfied that Rule 32(a)(4) is satisfied, and that further, it is not in the interests of the jury, the Court or the parties to postpone the trial in the attempt to procure her attendance. Hence, Denied. (Seelye, Terri) (Entered: 03/05/2014) |
| 03/05/2014 | 119 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered finding as moot 115 MOTION for Reconsideration of this Court's Ruling on the Admissibility of Defendant's Proposed Exhibit SS or for Alternative Relief if That Ruling is Not Reconsidered. (Seelye, Terri) (Entered: 03/05/2014) |
| 03/05/2014 | 120 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Richard G. Stearns: Jury Trial Day Three held on 3/5/2014. Hearing with parties regarding Motion #113 and #115; Plaintiff may call Varotsis to testify on Friday (3/7/14) morning &Defendant's may submit the deposition of Varotsis. Plaintiff calls Sarah Collier (WT6) Exhibits 13, 14, 15, 16 admitted; Plaintiff calls Nabil Agba (WT7), Exhibit 17 admitted; Plaintiff calls Belkys Angeles (WT8); Plaintiff rests reserving right to call witness Friday morning; Jurors excused at 12:50 PM for the day; Hearing with parties; Trial to resume at 9:00 AM on 3/6/14.(Court Reporter: James |

| | | | |
|---|---|---|---|
| | | | Gibbons at jmsgibbons@yahoo.com)(Attorneys present: Riordan, Tully; Rosin, Pardo) (Seelye, Terri) (Entered: 03/05/2014) |
| 03/05/2014 | 121 | | Supplemental Proposed Jury Instructions by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 03/05/2014) |
| 03/05/2014 | 122 | | NOTICE by Joseph Travers *OF PLAINTIFFS SUPPLEMENTAL PROFFER REGARDING THE TESTIMONY OF NABIL AGBA* (Liss–Riordan, Shannon) (Entered: 03/05/2014) |
| 03/05/2014 | 123 | | MOTION for Judgment as a Matter of Law *at the Close of Plaintiff's Case−in−Chief* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 03/05/2014) |
| 03/05/2014 | 124 | | STIPULATION *(Joint Stipulation to Read to Jury re: Lisa Varotsis)* by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 03/05/2014) |
| 03/05/2014 | 125 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered on Plaintiff's Supplemental Proffer [#122]. The supplemental proffer is considered and rejected. The suggested testimony of Mr. Agba regarding Ina (LNU) is neither contemporaneous (it appears to involve a termination of an SSB employee in 2013 well after this lawsuit was filed involving Mr. Travers termination in September of 2010), nor does it involve a purported violation of FSSs no tip solicitation policy. The further elaboration of Mr. Agbas purported overhearing of a higher management conference call simply underlines the reasons why the court sustained the original objection. As a non–participant in the call, and as a lower level employee who did not interact with senior management in a national company with 1100 employees and a headquarter in Cleveland, Ohio, there is no way in which Mr. Agba could plausibly identify with any degree of acceptable accuracy who was participating in the call or who said what (nor was he able to give a reasonably precise time frame during which the call was alleged to have taken place). Nor does the purported content of the interchanges among the participants to the effect that they were happy to see skycaps drop out of the lawsuit add anything of a noncumulative nature to what the jury has not already heard. Finally, as the court pointed out in excluding this aspect of Mr. Agbas testimony, no effort was made by plaintiffs counsel to corroborate the call through the testimony of two managers who were alleged to have been participants, Mr. Cardinale and Ms. Collier, who were both called as witnesses by plaintiff earlier in the trial. (Zierk, Marsha) (Entered: 03/05/2014) |
| 03/05/2014 | 126 | | Objection by Flight Services &Systems, Inc. *to 2 Question on Court's Proposed Verdict Form and Supplemental Submission in Support of Rule 50 Motion, Docket Entry 123*. (Rosin, Jeffrey) (Entered: 03/05/2014) |
| 03/05/2014 | 127 | | Objection by Joseph Travers *to Court's Draft Jury Instructions and Verdict Form*. (Liss–Riordan, Shannon) (Entered: 03/05/2014) |
| 03/05/2014 | 128 | | Opposition re 123 MOTION for Judgment as a Matter of Law *at the Close of Plaintiff's Case−in−Chief* filed by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 03/05/2014) |
| 03/05/2014 | 129 | | Objection by Joseph Travers *Court's Draft Jury Instructions*. (Liss–Riordan, Shannon) (Entered: 03/05/2014) |

| 03/06/2014 | 130 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Richard G. Stearns: Jury Trial Day Four held on 3/6/2014. Hearing with counsel; defendant calls Hannah Morris (Wt9); Rachid Faiz (Wt10); Jocelyn Bue(Wt11); defense rests; plaintiff recalls Travers (Wt2); Charging conference; closing arguments; jury charge; foreperson selected – Juror #2; Jurors excused to deliberate at 12:38 PM; Jurors excused for the day at 1:00 PM; Jurors to return to continue deliberations before 9:00 AM on 3/7/14. (Court Reporter: James Gibbons at jmsgibbons@yahoo.com)(Attorneys present: Riordan, Tully; Rosin, Pardo) (Seelye, Terri) (Entered: 03/06/2014) |
| 03/07/2014 | 131 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Richard G. Stearns: Jury Trial Day Five held on 3/7/2014. Jurors began jury deliberations at 8:55 AM; Jury Question Marked for ID A; Court response Marked for ID B; Jury note Marked for ID C; Verdict returned at 1:22 PM; Jurors released at 1:26 PM. (Court Reporter: James Gibbons at jmsgibbons@yahoo.com)(Attorneys present: Riordan, Tully; Rosin, Pardo) (Seelye, Terri) (Entered: 03/07/2014) |
| 03/07/2014 | 132 | | JURY VERDICT in favor of Plaintiff. (Seelye, Terri) (Entered: 03/07/2014) |
| 03/07/2014 | 133 | | Judge Richard G. Stearns: JUDGMENT in favor of Plaintiff; case closed. (Seelye, Terri) (Entered: 03/07/2014) |
| 03/07/2014 | 134 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered denying 123 Motion for Judgment as a Matter of Law. (Seelye, Terri) (Entered: 03/07/2014) |
| 03/17/2014 | 135 | | MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs* by Joseph Travers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Liss–Riordan, Shannon) (Entered: 03/17/2014) |
| 03/17/2014 | 136 | | Transcript of Jury Trial Day One held on March 3, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 4/7/2014. Redacted Transcript Deadline set for 4/17/2014. Release of Transcript Restriction set for 6/16/2014. (Scalfani, Deborah) (Entered: 03/17/2014) |
| 03/17/2014 | 137 | | Transcript of Jury Trial Day Three held on March 5, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: NO SELECTION MADE Redaction Request due 4/7/2014. Redacted Transcript Deadline set for 4/17/2014. Release of Transcript Restriction set for 6/16/2014. (Scalfani, Deborah) (Entered: 03/17/2014) |
| 03/17/2014 | 138 | | Transcript of Jury Trial Day Four held on March 6, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 4/7/2014. Redacted Transcript Deadline set for 4/17/2014. Release of Transcript Restriction set |

| | | |
|---|---|---|
| | | for 6/16/2014. (Scalfani, Deborah) (Main Document 138 replaced on 3/27/2014) (Scalfani, Deborah). (Entered: 03/17/2014) |
| 03/17/2014 | 139 | Transcript of Jury Trial Day Five held on March 7, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 4/7/2014. Redacted Transcript Deadline set for 4/17/2014. Release of Transcript Restriction set for 6/16/2014. (Scalfani, Deborah) (Entered: 03/17/2014) |
| 03/17/2014 | 140 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general–info.htm (Scalfani, Deborah) (Entered: 03/17/2014) |
| 03/18/2014 | 141 | EXCERPT Transcript of Jury Trial Day One (Opening Statements) held on March 3, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 4/8/2014. Redacted Transcript Deadline set for 4/18/2014. Release of Transcript Restriction set for 6/16/2014. (Scalfani, Deborah) (Entered: 03/18/2014) |
| 03/18/2014 | 142 | EXCERPT Transcript of Jury Trial Day One (Testimony of Jing Wei and Joseph Travers) held on March 3, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 4/8/2014. Redacted Transcript Deadline set for 4/18/2014. Release of Transcript Restriction set for 6/16/2014. (Scalfani, Deborah) (Entered: 03/18/2014) |
| 03/18/2014 | 143 | EXCERPT Transcript of Jury Trial Day Three (Testimony of Nabil Agba) held on March 5, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 4/8/2014. Redacted Transcript Deadline set for 4/18/2014. Release of Transcript Restriction set for 6/16/2014. (Scalfani, Deborah) (Entered: 03/18/2014) |
| 03/18/2014 | 144 | EXCERPT Transcript of Jury Trial Day Three (Testimony of Sarah Collier) held on March 5, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 4/8/2014. Redacted Transcript Deadline set for 4/18/2014. Release of Transcript Restriction set for 6/16/2014. (Scalfani, Deborah) (Entered: 03/18/2014) |
| 03/18/2014 | 145 | EXCERPT Transcript of Jury Trial Day Four (Plaintiff's Closing Argument) |

| | | held on March 6, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 4/8/2014. Redacted Transcript Deadline set for 4/18/2014. Release of Transcript Restriction set for 6/16/2014. (Scalfani, Deborah) (Entered: 03/18/2014) |
|---|---|---|
| 03/18/2014 | 146 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general−info.htm (Scalfani, Deborah) (Entered: 03/18/2014) |
| 03/18/2014 | 147 | Witness List (Trial). (Seelye, Terri) (Seelye, Terri). (Entered: 03/18/2014) |
| 03/18/2014 | 148 | Exhibit List (Trial). (Seelye, Terri) (Entered: 03/18/2014) |
| 03/21/2014 | 149 | Assented to MOTION for Leave to File Excess Pages *(Defendant's Assented−To Motion for 10 Page Enlargement of Page Limit for Purpose of Filing Post−Trial Brief)* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 03/21/2014) |
| 03/21/2014 | 150 | MOTION for Judgment as a Matter of Law , MOTION for New Trial , MOTION to Amend *(Defendant FSS's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial or to Amend the Judgment, and Incorporated Memorandum of Law)* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rosin, Jeffrey) (Entered: 03/21/2014) |
| 03/24/2014 | 151 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 149 Motion for Leave to File Excess Pages ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (Flaherty, Elaine) (Entered: 03/24/2014) |
| 03/24/2014 | 152 | MOTION for Judgment as a Matter of Law , MOTION for New Trial , MOTION to Amend *Defendant FSS's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial or to Amend the Judgment, and Incorporated Memorandum of Law* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rosin, Jeffrey) Modified on 5/15/2014 (Seelye, Terri). (Entered: 03/24/2014) |
| 03/25/2014 | 153 | Judge Richard G. Stearns: ELECTRONIC ORDER entered finding as moot, in light of amended 152 Motion filed, 150 Motion for Judgment as a Matter of Law; finding as moot 150 Motion for New Trial; finding as moot 150 Motion to Amend. (Seelye, Terri) (Entered: 03/25/2014) |
| 04/03/2014 | 154 | Joint MOTION for Extension of Time to 04/14/2014 to File Response/Reply by Joseph Travers.(Liss−Riordan, Shannon) (Entered: 04/03/2014) |
| 04/04/2014 | 155 | MEMORANDUM in Opposition re 135 MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs* filed by Flight |

| | | | |
|---|---|---|---|
| | | | Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 04/04/2014) |
| 04/04/2014 | 156 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 154 Motion for Extension of Time to File Response/Reply re 135 , 152 . Plaintiffs opposition to Defendants Renewed Motion for Judgment as a matter of law or, in the Alternative, Motion for a New Trial or to Amend the Judgment 152 due on or before 4/14/14. Defendants opposition to Plaintiffs MOTION to Amend the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs 135 due on or before 4/14/14. (Seelye, Terri) (Entered: 04/04/2014) |
| 04/11/2014 | 157 | | Emergency MOTION for Extension of Time to April 16, 2014 to File Response/Reply as to 152 MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION to Amend *Defendant FSS's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial or to Amend the Judgment, and Incorporated Memorandum of Law* by Joseph Travers.(Liss–Riordan, Shannon) (Entered: 04/11/2014) |
| 04/14/2014 | 158 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 157 Motion for Extension of Time to File Response/Reply re 152 . Responses due by 4/16/2014 (Seelye, Terri) (Entered: 04/14/2014) |
| 04/14/2014 | 159 | | Assented to MOTION for Leave to File Excess Pages *For Opposition To Defendants Renewed Motion For Judgment As A Matter Of Law Or, In The Alternative, Motion For A New Trial Or To Amend The Judgment* by Joseph Travers.(Liss–Riordan, Shannon) (Entered: 04/14/2014) |
| 04/15/2014 | 160 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 159 Motion for Leave to File Excess Pages; Counsel should now her Opposition. Counsel must include – Leave to file granted on April 15, 2014 in the caption of the Opposition. (Zierk, Marsha) (Entered: 04/15/2014) |
| 04/15/2014 | 161 | | ELECTRONIC NOTICE Setting Hearing on 135 MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs*, 152 MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION to Amend *Defendant FSS's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial or to Amend the Judgment, and Incorporated Memorandum of Law* : Motion Hearing set for 4/30/2014 at 10:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Seelye, Terri) (Entered: 04/15/2014) |
| 04/16/2014 | 162 | | NOTICE of Appearance by John E. Duke on behalf of Joseph Travers (Duke, John) (Entered: 04/16/2014) |
| 04/16/2014 | 163 | | NOTICE of Withdrawal of Appearance by Shannon E. Liss–Riordan *of Elizabeth Tully* (Liss–Riordan, Shannon) (Entered: 04/16/2014) |
| 04/16/2014 | 164 | | Opposition re 152 MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION to Amend *Defendant FSS's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial or to Amend the Judgment, and Incorporated Memorandum of Law* filed by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 04/16/2014) |
| 04/17/2014 | 165 | | MOTION for Leave to File *Reply Brief* by Joseph Travers. (Attachments: # 1 Exhibit A)(Liss–Riordan, Shannon) (Entered: 04/17/2014) |

| 04/18/2014 | 166 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 165 Motion for Leave to File REPLY; Counsel should now file the Reply. Counsel must include – Leave to file granted on 4/18/14– in the caption of the document. (Zierk, Marsha) (Entered: 04/18/2014) |
| --- | --- | --- | --- |
| 04/18/2014 | 167 | | REPLY to Response to 135 MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs* filed by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 04/18/2014) |
| 04/28/2014 | 168 | | Assented to MOTION for Leave to File *Reply in Further Support of Defendant's Rule 50/59 Motion (Docket Entry 152)* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A (Proposed Filing))(Rosin, Jeffrey) (Entered: 04/28/2014) |
| 04/28/2014 | 169 | | MOTION for Leave to File *Sur–Reply in Response to Plaintiff's Reply in Support of Plaintiff's Motion to Amend the Judgment (Docket Entry 135)* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A (Proposed Filing))(Rosin, Jeffrey) (Entered: 04/28/2014) |
| 04/29/2014 | 170 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 168 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document.; granting 169 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Flaherty, Elaine) (Entered: 04/29/2014) |
| 04/29/2014 | 171 | | REPLY to Response to 152 MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION to Amend *Defendant FSS's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial or to Amend the Judgment, and Incorporated Memorandum of Law* filed by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 04/29/2014) |
| 04/29/2014 | 172 | | SUR–REPLY to Motion re 135 MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs* filed by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 04/29/2014) |
| 04/30/2014 | 173 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Richard G. Stearns: finding as moot 135 Motion to Amend; denying 152 Motion for Judgment as a Matter of Law; granting in part and denying in part 152 Motion for New Trial; Motion Hearing held on 4/30/2014 re 135 MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs* filed by Joseph Travers, 152 MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION to Amend *Defendant FSS's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial or to Amend the Judgment, and Incorporated Memorandum of Law* filed by Flight Services &Systems, Inc. The court stated to counsel that it had reviewed the pleadings and its notes of the trial and was prepared to: (1) deny defendants Rule 50 motion for judgment as a |

matter of law, it being unable to say that on the evidence submitted, a reasonable jury could not have found that plaintiffs leading role in the Wage Act litigation brought against his employer FSS was the but–for cause of his termination; and (2) to allow defendants Rule 59 motion for a new trial should plaintiff reject a remittitur of damages. Conjugal Pshp by Jones v. Conjugal Pshp by Pineda, 22 F.3d 391, 397–399 (1st Cir. 1994). as follows: (a) back pay – $90,000 (unchanged and subject to trebling under the Massachusetts Wage Act); (b) future pay – $0 (reduced from $450,000); (c) emotional distress – $50,000 (reduced from $400,000). The court identifies its principal reasons for granting the motion for a new trial or remittitur as: (1) its own error in permitting Travers to testify to a statement allegedly made to him by Robert Nichols, his former supervisor, attributing a retaliatory statement to the CEO of FSS, a statement that was made post–employment and without evidence that it was ever communicated to or made known to the manager (or managers) responsible for Travers termination; (2) plaintiffs counsels persistence (over the courts repeated admonitions) in making a highly prejudicial argument to the jury regarding the absence at trial of Michelle Saulnier; and (3) its determination that the award of damages by the jury is, in the instance of the award of future pay, based wholly on speculation and, in the instance of the award for emotional distress, grossly excessive. With respect to front pay, the jury had before it only plaintiffs estimate that he would have lost $25,000 yearly over some 30 years of future employment at FSS – while front pay need not be precisely proved, on this testimony a 30–year award (or any award at all) cannot be sustained. Conway v. Electro Switch Corp., 402 Mass. 305, 388–389 (1988). Front pay is compensatory in purpose and is not intended to punish an employer or provide a plaintiff with an undeserved windfall. Haddad v. Wal–Mart Stores, Inc., 455 Mass. 91, 102 (2009). With respect to emotional distress, the jury heard only plaintiffs self–interested testimony that he was embarrassed and depressed at having lost his job at FSS. There was no evidence of physical symptomatology, medical treatment, or counseling, or any evidence of resulting physical or mental infirmity or any inability to work (Travers testified that almost immediately after losing his job with FSS, he went back to work at Logan Airport). On this thin evidence an emotional distress award of $400,000 is vastly out of proportion. Trainor v. HEI Hospitality, LLC, 699 F.3d 19, 32 (1st Cir. 2012). Finally, the court observed that there is no appellate case in Massachusetts that would treat an emotional distress award as an employment benefit for purposes of trebling under the Wage Act, and this court cannot be expected to blaze any new trails in the matter. Ryan v. Royal Ins. Co. of Am., 916 F.2d 731, 744 (1st Cir. 1990). Plaintiff will have fourteen (14) days from todays date to accept the remittitur or elect to proceed with a new trial.. (Court Reporter: James Gibbons at jmsgibbons@yahoo.com.)(Attorneys present: Shannon Liss–Riordan for plaintiff; Jeffrey Rosin and Christopher Pardo for defendant) (Zierk, Marsha) (Entered: 04/30/2014)

| | | | |
|---|---|---|---|
| 05/14/2014 | 174 | | NOTICE by Joseph Travers *of Acceptance of Remittitur* (Liss–Riordan, Shannon) (Entered: 05/14/2014) |
| 05/14/2014 | 175 | | MOTION for Limited Reconsideration re 173 *of the Court's Denial of FSS's Renewed Motion for Judgment as a Matter of Law* by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A (Hearing Transcript))(Rosin, |

| | | | |
|---|---|---|---|
| | | | Jeffrey) Modified text on 5/15/2014 (Seelye, Terri). (Entered: 05/14/2014) |
| 05/16/2014 | <u>176</u> | | Transcript of Motion Hearing for New Trial held on April 30, 2014, before Judge Richard G. Stearns. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 6/6/2014. Redacted Transcript Deadline set for 6/16/2014. Release of Transcript Restriction set for 8/14/2014. (Scalfani, Deborah) (Entered: 05/16/2014) |
| 05/16/2014 | 177 | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general–info.htm (Scalfani, Deborah) (Entered: 05/16/2014) |
| 05/16/2014 | 178 | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general–info.htm (Scalfani, Deborah) (Entered: 05/16/2014) |
| 05/28/2014 | <u>179</u> | | Opposition re <u>175</u> MOTION Limited for Reconsideration re 173 filed by Joseph Travers. (Liss–Riordan, Shannon) (Entered: 05/28/2014) |
| 05/30/2014 | <u>180</u> | | MOTION for Leave to File *a Brief Reply in Support of its Motion for Limited Reconsideration of the Court's Denial of FSS's Renewed Motion for Judgment as a Matter of Law* by Flight Services &Systems, Inc.. (Attachments: # <u>1</u> Exhibit A (Proposed Filing))(Rosin, Jeffrey) (Entered: 05/30/2014) |
| 06/10/2014 | 181 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting <u>180</u> Motion for Leave to File Reply; Counsel should now file the Reply including – Leave to file granted on 6–10–2014 in the caption. (Zierk, Marsha) (Entered: 06/10/2014) |
| 06/10/2014 | <u>182</u> | | REPLY to Response to <u>175</u> MOTION Limited for Reconsideration re 173 *the Court's Denial of FSS's Renewed Motion for Judgment as a Matter of Law* filed by Flight Services &Systems, Inc.. (Rosin, Jeffrey) (Entered: 06/10/2014) |
| 06/26/2014 | <u>183</u> | | NOTICE of Withdrawal of Appearance by Shannon E. Liss–Riordan *of John Duke* (Liss–Riordan, Shannon) (Entered: 06/26/2014) |
| 06/27/2014 | <u>184</u> | | Judge Richard G. Stearns: ORDER entered denying <u>175</u> Motion for Reconsideration (Zierk, Marsha) (Entered: 06/27/2014) |
| 07/01/2014 | <u>185</u> | | Judge Richard G. Stearns: ORDER entered. Amended JUDGMENT (Zierk, Marsha) (Entered: 07/01/2014) |
| 07/01/2014 | 186 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered on plaintiff's motion for attorneys' fees and costs [Dkt #135]. The motion is DENIED without prejudice pending an opportunity for plaintiff to resubmit the motion tailored to fit the court's revision of the jury's verdict. The revised petition shall be submitted on or before July 18, 2014. Defendant has fourteen days to respond –– by August 1, 2014. (Zierk, Marsha) (Entered: 07/01/2014) |

| 07/07/2014 | 187 | | NOTICE OF APPEAL re 185 Amended JUDGMENT by Flight Services &Systems, Inc. Filing fee: $ 505, receipt number 0101−5088893 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 7/28/2014. (Rosin, Jeffrey) (Entered: 07/07/2014)** |
| 07/08/2014 | 188 | | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 187 Notice of Appeal. (Paine, Matthew) (Entered: 07/08/2014) |
| 07/08/2014 | 189 | | MOTION for Bond *(Motion for Approval of Supersedeas Bond)* by Flight Services &Systems, Inc..(Rosin, Jeffrey) (Entered: 07/08/2014) |
| 07/08/2014 | 190 | | USCA Case Number 14−1745 for 187 Notice of Appeal filed by Flight Services &Systems, Inc.. (Paine, Matthew) (Entered: 07/08/2014) |
| 07/08/2014 | 191 | | NOTICE OF CROSS APPEAL as to 185 Judgment by Joseph Travers. ( (Fee Status: Filing Fee paid)) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm. US District Court Clerk to deliver official record to Court of Appeals by 7/28/2014. (Liss−Riordan, Shannon) (Entered: 07/08/2014)** |
| 07/10/2014 | 192 | | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 191 Notice of Cross Appeal. (Paine, Matthew) (Entered: 07/10/2014) |
| 07/10/2014 | 193 | | USCA Case Number 14−1756 for 191 Notice of Cross Appeal filed by Joseph Travers. (Paine, Matthew) (Entered: 07/10/2014) |
| 07/17/2014 | 194 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 189 Motion for Supersedeas Bond to stay judgment pending appeal pursuant to FRCP 62 and L.R. 62.2. (RGS, int2) (Entered: 07/17/2014) |
| 07/18/2014 | 195 | | MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs* by Joseph Travers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Liss−Riordan, Shannon) (Entered: 07/18/2014) |
| 07/22/2014 | 196 | | RECEIPT: Receipt # 1BST044703 for monies received on 07/22/2014 in amount of $154,500.00, re: 194 Order on Motion for Bond. (Bartlett, Timothy) (Entered: 07/22/2014) |

| 07/24/2014 | 197 | | Judge Richard G. Stearns: ORDER entered granting in part and denying in part 195 Renewed Motion to Amend Judgment. (Zierk, Marsha) (Main Document 197 replaced on 7/24/2014) (Zierk, Marsha). (Entered: 07/24/2014) |
|---|---|---|---|
| 08/01/2014 | 198 | | Opposition re 195 MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs* filed by Flight Services &Systems, Inc.. (Attachments: # 1 Exhibit A)(Rosin, Jeffrey) (Entered: 08/01/2014) |
| 08/11/2014 | 199 | | MOTION for Leave to File *Reply in support of Renewed Motion for Attorneys' Fees* by Joseph Travers. (Attachments: # 1 Exhibit A)(Liss−Riordan, Shannon) (Entered: 08/11/2014) |
| 08/12/2014 | 200 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 199 Motion for Leave to File Reply; Counsel should now file the Reply including – Leave to file granted on 8/12/14 in the caption. (Zierk, Marsha) (Entered: 08/12/2014) |
| 08/12/2014 | 201 | | REPLY to Response to 195 MOTION to Amend *the Judgment to Add Trebling, Interest, and Attorneys Fees and Costs* filed by Joseph Travers. (Liss−Riordan, Shannon) (Entered: 08/12/2014) |
| 08/14/2014 | 202 | | Judge Richard G. Stearns: further ORDER entered on attorney's fees. (Zierk, Marsha) (Entered: 08/14/2014) |
| 08/14/2014 | 203 | | Judge Richard G. Stearns: AMENDED JUDGMENT entered. (Seelye, Terri) (Entered: 08/14/2014) |
| 08/15/2014 | 204 | 26 | Judge Richard G. Stearns: THIRD AMENDED JUDGMENT in favor of Plaintiff. (Seelye, Terri) (Entered: 08/15/2014) |
| 08/18/2014 | 205 | 27 | Subsequent NOTICE OF APPEAL as to 204 Judgment by Flight Services &Systems, Inc.. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 9/8/2014. (Rosin, Jeffrey) (Modified on 9/2/2014 to Correct Docket Text) (Paine, Matthew). (Entered: 08/18/2014)** |
| 08/19/2014 | 206 | | NOTICE OF CROSS APPEAL as to 204 Judgment by Joseph Travers. ( (Fee Status: Filing Fee paid)) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm. US District Court Clerk to deliver official record to Court of Appeals by 9/8/2014. (Liss−Riordan, Shannon) (Entered: 08/19/2014)** |

| 09/02/2014 | 207 | | The transaction in regards to the filing fee as to ECF No. 205 Subsequent Notice of Appeal, was voided as the $505.00 filing fee was not necessary. (Paine, Matthew) (Entered: 09/02/2014) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Travers,
                Plaintiff(s)

                v.                          CIVIL ACTION NO.  1:11cv10175 -  RGS

Flight Services & Systems, Inc.,
                Defendant(s)

## AMENDED JUDGMENT IN A CIVIL CASE

STEARNS, D.J.

This action came before the court for a trial by jury.  The issues have been tried and the

jury has rendered its verdict.

**IT IS  ORDERED AND ADJUDGED** that

Judgment is hereby entered in favor of the Plaintiff, Joseph Travers. Damages are

awarded for back pay in the amount of $270,000 and for emotional distress in the amount of

$50,000. No damages are awarded for future pay.  The Court awards plaintiff attorneys' fees of

$176,185.00 and costs of $7,398.45.

                              SO ORDERED.

                               /s/Richard G. Stearns
                              RICHARD G. STEARNS
                              UNITED STATES DISTRICT JUDGE

                              ROBERT M. FARRELL,
                              CLERK OF COURT

Dated:  August 15,  2014          By      /s/ *Terri Seelye*
                                          Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH TRAVERS,                    )
                                   )
                   Plaintiff,      )          Civil Action No. 1:11-cv-10175-RGS
                                   )
        v.                         )
                                   )
FLIGHT SERVICES & SYSTEMS, INC.,   )
                                   )
                   Defendant.      )
_____   )

## DEFENDANT'S AMENDED NOTICE OF APPEAL

Notice is hereby given that the defendant in the above-captioned case, Flight Services &

Systems, Inc. ("FSS"), appeals to the United States Court of Appeals for the First Circuit from

the Court's "Amended Judgment In A Civil Case," entered on August 15, 2014 at Docket Entry

204.  FSS appeals the entry of judgment in favor of Plaintiff Joseph Travers ("Plaintiff"), the

award of back pay in Plaintiff's favor in the amount of $270,000, the award of emotional distress

damages in Plaintiff's favor in the amount of $50,000, and the Court's award to Plaintiff of

$176,185.00 in attorneys' fees and $7,398.45 in costs.

Respectfully submitted this 18th day of August, 2014,

FLIGHT SERVICES AND SYSTEMS, INC.,

By and through its counsel,

*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin
  BBO# 629216
  *jrosin@constangy.com*
Christopher M. Pardo
  BBO# 674674
  *cpardo@constangy.com*
Constangy, Brooks & Smith, LLP
535 Boylston Street, Suite 902
Boston, Massachusetts  02116
Phone: 617.849.7880

3010015.1

Case 1:11-cv-10175-RGS   Document 205   Filed 08/18/14   Page 2 of 2

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify that, on this 18th day of August, 2014, this document was filed through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin