UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

| | |
|---|---|
| JOSEPH TRAVERS, | : |
|     Plaintiff-Appellee/Cross-Appellant | : |
| | : |
| v. | :   Case Nos.: 14-1745, 14-1756 |
| FLIGHT SERVICES & SYSTEMS, INC., | : |
|     Defendant-Appellant/Cross-Appellee | : |

_____

**JOINT MOTION TO WITHDRAW ISSUE FROM APPEAL AS SETTLED**

Defendant/Appellant-Cross Appellee Flight Services & Systems, Inc. ("FSS") and Plaintiff/Appellee-Cross Appellant Joseph Travers ("Travers") (together, "Parties") hereby jointly submit this motion this day to inform the Court they have settled their entire matter, including the issue this Court certified to the Supreme Judicial Court. The Parties therefore hereby move to withdraw that issue from this appeal.

WHEREFORE, the Parties jointly request that this motion be granted and that the issue certified to the Supreme Judicial Court be withdrawn.

3238427.1

| | |
|---|---|
| JOSEPH TRAVERS | FLIGHT SERVICES & SYSTEMS, INC. |
| By his counsel, | By its counsel, |
| /s/ Shannon Liss-Riordan<br>Shannon Liss-Riordan, Esq.<br>LICHTEN & LISS-RIORDAN<br>729 Boylston Street,<br>     Suite 2000<br>Boston, MA 02116<br>(617) 994-5800 | /s/ Jeffrey M. Rosin<br>Jeffrey M. Rosin, Esq.<br>CONSTANGY, BROOKS & SMITH, LLP<br>535 Boylston Street, Suite 902<br>Boston, MA 02116<br>(617) 849-7880 |

Dated:  February 9, 2016

3238427.1

**CERTIFICATE OF SERVICE**

    I hereby certify that, on February 9, 2016, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

                                    <u>/s/ Jeffrey M. Rosin</u>
                                    Jeffrey M. Rosin